IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BMW Construction, Inc., | ) | Case No. 09 B 35420 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |

THIS CAUSE coming on to be heard upon the status of the Plan of Reorganization (the "Plan") and Disclosure Statement (the "Disclosure Statement") filed by BMW Construction, Inc., (the "Debtor"), it is hereby ordered:

1. Debtor is granted leave to file Amended Disclosure Statement on or before May ~~26~~ 30, 2010. Amended Disclosure Statement is conditionally approved.

2. The joint hearing to consider final approval of the Amended Disclosure Statement and, if so approved, confirmation of the Plan, is set for 6/30/10 at 10:30 a.m., in Courtroom 642. Debtor's counsel shall serve notice of hearing on all creditors and parties in interest, on or before May ~~28~~ 31, 2010.

3. Debtor's counsel shall serve copies of the Disclosure Statement, the Plan, and the ballot for accepting or rejecting the Plan upon all creditors impaired under the Plan, on or before May ~~28~~ 31, 2010.

4. 6/23/2010 is fixed as the last day to file written objections to the approval of the Disclosure Statement and confirmation of the Plan.

5. 6/23/2010 is fixed as the last day for those creditors entitled to vote upon the Plan to file, by written ballot, written acceptances or rejections of the Plan with the Clerk of the United States Bankruptcy Court.

6. Debtor's counsel shall file a Report of Balloting on the Plan on or before June 28, 2010 at 12:00 p.m.

Dated: **MAY 25 2010**    ENTER: _____
                                The Honorable Susan Pierson Sonderby
                                United States Bankruptcy Judge

Drafted by: Forrest L. Ingram, P.C.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BMW Construction, Inc., | ) | Case No. 09 B 35420 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Susan Pierson Sonderby |

NOTICE OF (I) JOINT HEARING ON CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION AND ADEQUACY OF AMENDED DISCLOSURE STATEMENT, AND (II) FIXING TIME FOR FILING OBJECTIONS TO THE PLAN AND DISCLOSURE STATEMENT, AND (III) FIXING TIME TO SUBMIT ACCEPTANCES AND REJECTIONS OF THE DEBTOR'S PLAN OF REORGANIZATION

TO: CREDITORS AND PARTIES IN INTEREST OF BMW CONSTRUCTION, INC., (the "Debtor")

PLEASE TAKE NOTICE that the Debtor has proposed its Plan of Reorganization (the "Plan") to its creditors and has filed its Amended Disclosure Statement (the "Disclosure Statement"), relating thereto. If you are a member of a class that is not impaired under the Plan, copies of the Plan and Disclosure Statement are not being sent to you unless you request them. Copies of the Plan and Disclosure Statement are on file with the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 7th Floor, Chicago, IL 60604. The Plan and Disclosure Statement are also available for inspection on the Court's website at www.ilnb.uscourts.gov, or upon written request from counsel for the Debtor at the address listed below. If you are a member of an impaired class, enclosed herewith is a copy of the Plan, Disclosure Statement, and Ballot. If you believe you are a member of an impaired class and did not receive any of the foregoing documents, please advise counsel for the Debtor immediately.

PLEASE TAKE FURTHER NOTICE that on 6/30/2010, at 10:30 a.m., a hearing to consider final approval of the Disclosure Statement will be held before the Honorable Susan Pierson Sonderby, or any Judge sitting in her stead, in Courtroom 642 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, at which time you may appear and be heard. If at the conclusion of the hearing, the Disclosure Statement is approved by the Court, the Court will immediately hold a hearing to consider confirmation of the Plan.

PLEASE TAKE FURTHER NOTICE that 6/23/2010 has been fixed as the last day for those creditors entitled to vote upon the Plan to file by written ballot [enclosed herewith], written acceptances or rejections of the Plan with the Clerk of the United States Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that 6/23/2010 has been fixed as the last day for filing and serving written objections to the approval of the Disclosure Statement and confirmation of the Plan. Any objections should be filed with the Clerk of the United States Bankruptcy Court, on or before 6/23/2010.

Forrest L. Ingram
Forrest L. Ingram, P.C.
79 West Monroe
Suite 900
Chicago, IL 60603
(312) 759-2838