**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: February 24, 2010 at 10:00 am |

**NOTICE OF FILING**

To:  See attached service list

PLEASE TAKE NOTICE, on Monday, February 22, 2010, I had to be filed the

1) Exhibits Affidavit PG Filed by Forrest L Ingram on behalf of Compass Mechanical Services, Inc. (RE: [51] Application to Employ). (Ingram, Forrest) and
2) Exhibit Affidavit MVO Filed by Forrest L Ingram on behalf of Compass Mechanical Services, Inc. (RE: [51] Application to Employ). (Ingram, Forrest)

as Exhibits to the Debtor's **Application to Employ Chapter 11 Counsel**, a copy of which is enclosed and is herewith served upon you.

/s/ Michael V. Ohlman
One of Debtor's attorneys

Forrest L. Ingram #3129032
Michael V. Ohlman #6294512
Phil Groben
FORREST L. INGRAM P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through ECF or by email, as set forth on the attached service list, at or before 5:00 p.m. on the February 22, 2010.

/s/ Michael V. Ohlman

## SERVICE LIST

**VIA FACSIMILE**

**Compass Mechanical Services, Ltd.**
165 Easy Street
Carol Stream, IL 60188

**By ECF Notice:**

**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, 8${}^{th}$ Floor
Chicago, IL 60602
USTPRegion11.ES.ECF@usdoj.gov