B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Compass Mechanical Services, Inc.  ,         Case No.  09-B47131
              *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  January-2010                              Date filed:  02/15/2010

Line of Business:  Heating & Air Conditioning Contractor    NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Michael Wojciechowski
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? (moving cars) | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☑ | ☐ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☑ | ☐ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 31,476.07

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____

Cash on Hand at End of Month $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 35,732.25

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 31,476.07

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 35,732.25

*(Subtract Line C from Line B)* CASH PROFIT FOR THE MONTH $ -4,256.18

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 13,478.15

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 54,089.87

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 6 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0.00 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 60,000.00 | $ | $ |
| EXPENSES | $ 57,000.00 | $ | $ |
| CASH PROFIT | $ 3,000.00 | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 40,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 38,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 2,000.00

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Compass Mechanical Services, Inc.

Page 1 of 2

Invoice Aging Report (sorted by Customer Number)

2/23/2010 10:19:24 AM

Invoice Date=6/1/2009 - 1/31/2010

| Invoice Date | Due Date | Reference Number | | Total Amount | Balance | Current | 1-30 | Days Overdue 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| **1011 Phoenix International 630/766-4445** | | | | | | | | | | |
| 1/15/2010 | 2/14/2010 | 1011-206 | | 664.00 | 664.00 | 664.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/15/2010 | 2/14/2010 | 1011-207 | | 665.00 | 665.00 | 665.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/1/2010 | 1/31/2010 | 1011-208 | | 241.31 | 241.31 | 241.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 1570.31 | 1570.31 | 1570.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1015 Parker Hannafin 847/298-2400 MAIN** | | | | | | | | | | |
| 12/12/2009 | 1/11/2010 | 1015-194 | | 260.00 | 260.00 | 0.00 | 260.00 | 0.00 | 0.00 | 0.00 |
| 12/15/2009 | 1/14/2010 | 1015-195 | | 583.00 | 583.00 | 0.00 | 583.00 | 0.00 | 0.00 | 0.00 |
| 12/15/2009 | 1/14/2010 | 1015-196 | | 1711.00 | 1711.00 | 0.00 | 1711.00 | 0.00 | 0.00 | 0.00 |
| 1/15/2010 | 2/14/2010 | 1015-197 | | 583.00 | 583.00 | 583.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 3137.00 | 3137.00 | 583.00 | 2554.00 | 0.00 | 0.00 | 0.00 |
| **1017 Mapei 630/293-5800 MAIN** | | | | | | | | | | |
| 12/14/2009 | 1/13/2010 | 1017-388 | | 13050.00 | 13050.00 | 0.00 | 13050.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 13050.00 | 13050.00 | 0.00 | 13050.00 | 0.00 | 0.00 | 0.00 |
| **1021 Gateway Learning Center 773/784-3200 MAIN** | | | | | | | | | | |
| 12/3/2009 | 1/2/2010 | 1021-132 | | 726.00 | 726.00 | 0.00 | 726.00 | 0.00 | 0.00 | 0.00 |
| 12/5/2009 | 1/4/2010 | 1021-133 | | 260.00 | 260.00 | 0.00 | 260.00 | 0.00 | 0.00 | 0.00 |
| 12/22/2009 | 1/21/2010 | 1021-135 | | 1358.00 | 1358.00 | 0.00 | 1358.00 | 0.00 | 0.00 | 0.00 |
| 12/30/2009 | 1/29/2010 | 1021-136 | | 610.00 | 610.00 | 0.00 | 610.00 | 0.00 | 0.00 | 0.00 |
| 1/10/2010 | 2/9/2010 | 1021-137 | | 2755.00 | 2755.00 | 2755.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 5709.00 | 5709.00 | 2755.00 | 2954.00 | 0.00 | 0.00 | 0.00 |
| **1026 Elgin Sweeping Services 773/254-7100 MAIN** | | | | | | | | | | |
| 1/1/2010 | 1/31/2010 | 1026-140 | | 790.00 | 790.00 | 790.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 790.00 | 790.00 | 790.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1029 Mars Hill Baptist Church 773/287-3535 MAIN** | | | | | | | | | | |
| 12/14/2009 | 1/13/2010 | 1029-142 | | 1410.00 | 705.00 | 0.00 | 705.00 | 0.00 | 0.00 | 0.00 |
| 12/25/2009 | 1/24/2010 | 1029-143 | | 455.00 | 455.00 | 0.00 | 455.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 1865.00 | 1160.00 | 0.00 | 1160.00 | 0.00 | 0.00 | 0.00 |
| **1030 Claire Manufacturing 630/543-7600 MAIN** | | | | | | | | | | |
| 12/24/2009 | 1/23/2010 | 1030-293 | | 675.00 | 675.00 | 0.00 | 675.00 | 0.00 | 0.00 | 0.00 |
| 1/15/2010 | 2/14/2010 | 1030-294 | | 725.00 | 725.00 | 725.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/17/2010 | 2/16/2010 | 1030-295 | | 455.00 | 455.00 | 455.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 1855.00 | 1855.00 | 1180.00 | 675.00 | 0.00 | 0.00 | 0.00 |
| **1031 Stockyards Packing Co. Inc. 312/735-8819 TOM CEL** | | | | | | | | | | |
| 1/15/2010 | 2/14/2010 | 1031-129 | | 771.00 | 771.00 | 771.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 771.00 | 771.00 | 771.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1045 US Cellular** | | | | | | | | | | |
| 1/29/2010 | 2/28/2010 | 1045-683 | | 342.00 | 342.00 | 342.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/29/2010 | 2/28/2010 | 1045-684 | | 570.00 | 570.00 | 570.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/29/2010 | 2/28/2010 | 1045-685 | | 1669.00 | 1669.00 | 1669.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 2581.00 | 2581.00 | 2581.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1058 National Material LP 847-806-7200** | | | | | | | | | | |
| 12/8/2009 | 1/7/2010 | 1058-163 | | 172.56 | 172.56 | 0.00 | 172.56 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 172.56 | 172.56 | 0.00 | 172.56 | 0.00 | 0.00 | 0.00 |

Compass Mechanical Services, Inc.

Page 2 of 2

2/23/2010 10:19:24 AM

Invoice Aging Report (sorted by Customer Number)

Invoice Date=5/1/2009 - 1/31/2010

| Invoice Date | Due Date | Reference Number | | Total Amount | Balance | Current | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|---|
| **1110 Nunda Township 815/459-4410** | | | | | | | | | | |
| 12/24/2009 | 1/23/2010 | 1110-127 | | 1915.00 | 1915.00 | 0.00 | 1915.00 | 0.00 | 0.00 | 0.00 |
| 1/20/2010 | 2/19/2010 | 1110-128 | | 1327.00 | 1327.00 | 1327.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/11/2010 | 2/10/2010 | 1110-129 | | 260.00 | 260.00 | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/15/2010 | 2/14/2010 | 1110-130 | | 520.00 | 520.00 | 520.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 4022.00 | 4022.00 | 2107.00 | 1915.00 | 0.00 | 0.00 | 0.00 |
| **1125 Advance Lifts 630/584-9881 MAIN** | | | | | | | | | | |
| 1/1/2010 | 1/31/2010 | 1125-154 | | 1650.00 | 1650.00 | 1650.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/6/2010 | 2/5/2010 | 1125-155 | | 260.00 | 260.00 | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/15/2010 | 2/14/2010 | 1125-156 | | 195.00 | 195.00 | 195.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 2105.00 | 2105.00 | 2105.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1131 Interact Business Solutions 630/694-0011 MAIN** | | | | | | | | | | |
| 12/15/2009 | 1/14/2010 | 1131-108 | | 490.00 | 490.00 | 0.00 | 490.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 490.00 | 490.00 | 0.00 | 490.00 | 0.00 | 0.00 | 0.00 |
| **1132 OSI MAIN: 847-768-7200** | | | | | | | | | | |
| 1/27/2010 | 2/26/2010 | 1132-119 | | 298.00 | 298.00 | 298.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 298.00 | 298.00 | 298.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **1133 Erickson Co. 773-550-0312** | | | | | | | | | | |
| 12/10/2009 | 1/9/2010 | 1133-104 | | 195.00 | 195.00 | 0.00 | 195.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 195.00 | 195.00 | 0.00 | 195.00 | 0.00 | 0.00 | 0.00 |
| **1196 UBM Mechanical Services** | | | | | | | | | | |
| 9/21/2009 | 10/21/2009 | 1196-114 | | 170.00 | 170.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| 10/21/2009 | 11/20/2009 | 1196-117 | | 2368.00 | 2368.00 | 0.00 | 0.00 | 0.00 | 2368.00 | 0.00 |
| 11/5/2009 | 12/5/2009 | 1196-118 | | 271.00 | 271.00 | 0.00 | 0.00 | 271.00 | 0.00 | 0.00 |
| 11/3/2009 | 12/3/2009 | 1196-119 | | 191.00 | 191.00 | 0.00 | 0.00 | 191.00 | 0.00 | 0.00 |
| 11/5/2009 | 12/5/2009 | 1196-120 | | 3106.00 | 3106.00 | 0.00 | 0.00 | 3106.00 | 0.00 | 0.00 |
| 12/8/2009 | 1/7/2010 | 1196-122 | | 910.00 | 910.00 | 0.00 | 910.00 | 0.00 | 0.00 | 0.00 |
| 12/8/2009 | 1/7/2010 | 1196-123 | | 2340.00 | 2340.00 | 0.00 | 2340.00 | 0.00 | 0.00 | 0.00 |
| 11/3/2009 | 12/3/2009 | 1196-124 | | 729.00 | 729.00 | 0.00 | 0.00 | 729.00 | 0.00 | 0.00 |
| 12/8/2009 | 1/7/2010 | 1196-127 | | 995.00 | 995.00 | 0.00 | 995.00 | 0.00 | 0.00 | 0.00 |
| 12/8/2009 | 1/7/2010 | 1196-129 | | 925.00 | 925.00 | 0.00 | 925.00 | 0.00 | 0.00 | 0.00 |
| 12/8/2009 | 1/7/2010 | 1196-130 | | 1175.00 | 1175.00 | 0.00 | 1175.00 | 0.00 | 0.00 | 0.00 |
| 12/14/2009 | 1/13/2010 | 1196-131 | | 278.00 | 278.00 | 0.00 | 278.00 | 0.00 | 0.00 | 0.00 |
| 12/10/2009 | 1/9/2010 | 1196-132 | | 750.00 | 750.00 | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 |
| 12/23/2009 | 1/22/2010 | 1196-134 | | 520.00 | 520.00 | 0.00 | 520.00 | 0.00 | 0.00 | 0.00 |
| 1/5/2010 | 2/4/2010 | 1196-135 | | 755.00 | 755.00 | 755.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1/5/2010 | 2/4/2010 | 1196-136 | | 236.00 | 236.00 | 236.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 15719.00 | 15719.00 | 991.00 | 7893.00 | 4297.00 | 2368.00 | 170.00 |
| **1210 Carina International, Inc. 773-777-3200** | | | | | | | | | | |
| 12/11/2009 | 1/10/2010 | 1210-101 | | 465.00 | 465.00 | 0.00 | 465.00 | 0.00 | 0.00 | 0.00 |
| | | | ** Subtotal ** | 465.00 | 465.00 | 0.00 | 465.00 | 0.00 | 0.00 | 0.00 |
| | | | *** Totals *** | 54794.87 | 54089.87 | 15731.31 | 31523.56 | 4297.00 | 2368.00 | 170.00 |

Compass Mechanical Services, Inc.

Page 1 of 1
2/23/2010 10:54 AM

A/P BILLS: ALL OPEN TRANSACTIONS
(Sorted by Due Date)

DAYS OVERDUE

| DATE | DUE DATE | PAYEE | INVOICE # | CURRENT | 1-30 | 31-60 | 61-90 | OVER 90 |
|---|---|---|---|---|---|---|---|---|
| **AT & T** | | | | | | | | |
| 1/16/2010 | 2/15/2010 | AT & T | 630372000201 | 0.00 | 318.85 | 0.00 | 0.00 | 0.00 |
| 1/16/2010 | 2/15/2010 | AT & T | 630231570001 | 0.00 | 88.31 | 0.00 | 0.00 | 0.00 |
| 1/16/2010 | 2/15/2010 | AT & T | 630231570201 | 0.00 | 90.72 | 0.00 | 0.00 | 0.00 |
| **Subtotal** | | | | 0.00 | 497.88 | 0.00 | 0.00 | 0.00 |
| **COMPREHENSIVE ROOF MAINT** | | | | | | | | |
| 1/18/2010 | 2/17/2010 | Comprehensive Roof Maintenance | 4087 | 0.00 | 1,188.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal** | | | | 0.00 | 1,188.00 | 0.00 | 0.00 | 0.00 |
| **HEALTHCARE SERVICE CORPO** | | | | | | | | |
| 1/28/2010 | 2/27/2010 | Healthcare Service Corporation | 753652 | 2,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal** | | | | 2,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **JOHNSTONE SUPPLY (NAPERV** | | | | | | | | |
| 1/14/2010 | 2/13/2010 | Johnstone Supply (Naperville) | 167301 | 0.00 | 75.08 | 0.00 | 0.00 | 0.00 |
| 1/21/2010 | 2/20/2010 | Johnstone Supply (Naperville) | 167441 | 0.00 | 1,963.86 | 0.00 | 0.00 | 0.00 |
| 1/29/2010 | 2/28/2010 | Johnstone Supply (Naperville) | 167791 | 431.58 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal** | | | | 431.58 | 2,038.94 | 0.00 | 0.00 | 0.00 |
| **JOSEPH A MATZ & ASSOCIATE** | | | | | | | | |
| 9/30/2009 | 10/30/2009 | Joseph A Matz & Associates | 28183 | 0.00 | 0.00 | 0.00 | 0.00 | 1,833.75 |
| **Subtotal** | | | | 0.00 | 0.00 | 0.00 | 0.00 | 1,833.75 |
| **QUICK CORE CONCRETE DRIL** | | | | | | | | |
| 12/23/2009 | 1/22/2010 | Quick Core Concrete Drilling | 388611 | 0.00 | 0.00 | 425.00 | 0.00 | 0.00 |
| **Subtotal** | | | | 0.00 | 0.00 | 425.00 | 0.00 | 0.00 |
| **SELECTIVE INSURANCE CO.** | | | | | | | | |
| 1/18/2010 | 2/27/2010 | Selective Insurance Co. | 655-616-287 | 5,063.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Subtotal** | | | | 5,063.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | | | | 7,694.58 | 3,724.82 | 425.00 | 0.00 | 1,833.75 |

**Grand Total**    13,478.15

**FIFTH THIRD BANK**
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

COMPASS MECHANICAL SERVICES
DEBTOR IN POSSESSION
165 EASY STREET
CAROL STREAM IL  60188-2314

0

12217

Statement Period Date: 1/1/2010 - 1/29/2010
Account Type: Bus Basics Checking
Account Number: 7237414425

Banking Center: Bloomingdale
Banking Center Phone: 630-893-3400
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 7237414425

| Date | Item | Amount | | |
|---|---|---|---|---|
| 01/01 | Beginning Balance | $2,319.46 | Number of Days in Period | 29 |
| | 40 Checks | $(35,267.13) | | |
| | 24 Withdrawals / Debits | $(5,293.29) | | |
| | 21 Deposits / Credits | $41,666.30 | | |
| 01/29 | Ending Balance | $3,425.34 | | |

## Checks

40 checks totaling $35,267.13

\* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 8002 i | 01/09 | 100.00 | 8021 i | 01/13 | 575.00 | 8033 i | 01/26 | 1,375.25 |
| 8003 i | 01/06 | 5,825.00 | 8022 i | 01/19 | 1,450.00 | 8034 i | 01/26 | 521.30 |
| 8005*i | 01/12 | 14.83 | 8023 i | 01/14 | 484.60 | 8035 i | 01/25 | 250.00 |
| 8006 i | 01/05 | 226.73 | 8023*i | 01/19 | 200.00 | 8037*i | 01/26 | 1,200.00 |
| 8007 i | 01/06 | 2,200.00 | 8024 i | 01/14 | 3.25 | 8038 i | 01/29 | 1,960.00 |
| 8009*i | 01/14 | 240.25 | 8024*i | 01/25 | 1,151.11 | 8041*i | 01/29 | 334.42 |
| 8010 i | 01/14 | 285.00 | 8025 i | 01/21 | 158.40 | 10040*i | 01/06 | 726.90 |
| 8013*i | 01/22 | 1,450.00 | 8026 i | 01/22 | 1,169.30 | 10041 i | 01/11 | 120.43 |
| 8014 i | 01/11 | 517.67 | 8027 i | 01/21 | 1,450.00 | 10042 i | 01/08 | 693.71 |
| 8015 i | 01/14 | 1,510.12 | 8028 i | 01/22 | 219.00 | 10043 i | 01/19 | 201.04 |
| 8016 i | 01/14 | 2,463.46 | 8029 i | 01/22 | 210.00 | 10044 i | 01/11 | 1,408.47 |
| 8018*i | 01/20 | 1,450.00 | 8031*i | 01/26 | 430.56 | 10045 i | 01/11 | 543.41 |
| 8019 i | 01/20 | 1,450.00 | 8032 i | 01/22 | 35.00 | 10046 i | 01/19 | 317.92 |
| 8020 i | 01/13 | 345.00 | | | | | | |

## Withdrawals / Debits

24 items totaling $5,293.29

| Date | Amount | Description |
|---|---|---|
| 01/04 | 220.19 | BANKCARD-3241 MTOT DISC 420298110100196 COMPASS MECHANICAL SER 010410 |
| 01/05 | 77.51 | TELEPHONE INITIATED PAYMENT AT ATT Payment 402764001EVR1P 010510 |
| 01/06 | 386.46 | U.S. CELLULAR CELLULAR 603536558 010610 |
| 01/06 | 415.15 | U.S. CELLULAR CELLULAR 603536568 010610 |
| 01/14 | 3.87 | DEBIT CARD PURCHASE AT NAPA AUTO PARTS 30, CAROL STREAM, IL ON 011310 FROM CARD#: 5480092402638659 |
| 01/14 | 94.46 | DEBIT CARD PURCHASE AT AUTOZONE #1761, CAROL STREAM, IL ON 011310 FROM CARD#: 5480092402638659 |
| 01/15 | 6.84 | DEBIT CARD PURCHASE AT COUNTY FARM CITGO, WEST CHICAGO, IL ON 011310 FROM CARD#: 5480092402638659 |
| 01/15 | 107.00 | DEBIT CARD PURCHASE AT JIMS TOWING, ELMHURST, IL ON 011410 FROM CARD#: 5480092402638659 |
| 01/15 | 75.00 | OVERDRAFT FEE |
| 01/19 | 50.05 | DEBIT CARD PURCHASE AT CTY FARM GASOLINE, CAROL STREAM, IL ON 011710 FROM CARD#: 5480092402638659 |
| 01/19 | 145.16 | DEBIT CARD PURCHASE AT OFFICE MAX, BLOOMINGDALE, IL ON 011410 FROM CARD#: 5480092402638659 |
| 01/21 | 220.73 | DEBIT CARD PURCHASE AT OFFICE DEPOT #2623, WHEATON, IL ON 011910 FROM CARD#: 5480092402638659 |
| 01/22 | 220.43 | DEBIT CARD PURCHASE AT CENTRAL STEEL, 800-621-8510, IL ON 012110 FROM CARD#: 5480092402638659 |
| 01/22 | 811.94 | DEBIT CARD PURCHASE AT CONTROL'D ENGINRNG, 630-469-7300, IL ON 012110 FROM CARD#: 5480092402638659 |
| 01/22 | 1,274.40 | PURCHASE OFFICIAL CHECK # 00016041000 REF # 00437676852 |

Page 1 of 4

**FIFTH THIRD BANK**



## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 01/25 | 30.00 | DEBIT CARD PURCHASE AT TOWER SELF PARK 06, CHICAGO, IL ON 012110 FROM CARD#: 5480092402638659 |
| 01/25 | 95.85 | DEBIT CARD PURCHASE AT OFFICE MAX, BLOOMINGDALE, IL ON 012210 FROM CARD#: 5480092402638659 |
| 01/25 | 110.00 | DEBIT CARD PURCHASE AT FAIR TOWING AND RE, BARTLETT, IL ON 012210 FROM CARD#: 5480092402638659 |
| 01/25 | 117.88 | DEBIT CARD PURCHASE AT BRICK HOUSE TAVERN, DOWNERS GROVE, IL ON 012210 FROM CARD#: 5480092402638659 |
| 01/25 | 318.74 | DEBIT CARD PURCHASE AT STAPLES DIRECT0020, EUREKA, CA ON 012110 FROM CARD#: 5480092402638659 |
| 01/25 | 104.57 | DELUXE BUS SYS. BUS PROD 02015809598128 COMPASS MECHANICAL SER 012510 |
| 01/26 | 43.30 | MERCHANT PAYMENT Thornton #016 AT LOC UMP006 190 East Lake St. Bloomingdale IL |
| 01/26 | 338.76 | ERAC Chicago 1P ENTERPRISE 234963 Compass Mechanical Srv 012610 |
| 01/28 | 25.00 | DEBIT CARD PURCHASE AT TOWER SELF PARK 06, CHICAGO, IL ON 012610 FROM CARD#: 5480092402638659 |

## Deposits / Credits

21 items totaling $41,666.30

| Date | Amount | Description |
|---|---|---|
| 01/04 | 898.81 | BANKCARD-3241 BTOT DEP 420298110100196 COMPASS MECHANICAL SER 010410 |
| 01/04 | 14.83 | RETURNED ITEM/FUNDS HELD |
| 01/04 | 5,825.00 | RETURNED ITEM/FUNDS HELD |
| 01/06 | 501.00 | DEPOSIT |
| 01/06 | 1,650.00 | DEPOSIT |
| 01/06 | 225.00 | FUNDS TRANSFER FROM SV: XXXXXX1971 REF # 00436380566 |
| 01/11 | 2,765.47 | BANKCARD-3241 BTOT DEP 420298110100196 COMPASS MECHANICAL SER 011110 |
| 01/12 | 130.00 | DEPOSIT |
| 01/12 | 485.00 | DEPOSIT |
| 01/13 | 786.00 | DEPOSIT |
| 01/14 | 1,911.10 | DEPOSIT |
| 01/15 | 1,810.00 | DEPOSIT |
| 01/15 | 2,300.00 | DEPOSIT |
| 01/19 | 1,413.00 | DEPOSIT |
| 01/19 | 10,648.00 | DEPOSIT |
| 01/21 | 1,078.00 | MAPEI CORPORATIO 012010 102701 COMPASS MECHANICAL SER 012110 |
| 01/25 | 175.00 | DEPOSIT |
| 01/25 | 390.00 | DEPOSIT |
| 01/26 | 5,781.59 | BANKCARD-3241 BTOT DEP 420298110100196 COMPASS MECHANICAL SER 012610 |
| 01/27 | 2,116.50 | DEPOSIT |
| 01/28 | 762.00 | MAPEI CORPORATIO 012710 102701 COMPASS MECHANICAL SER 012810 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/04 | 8,837.91 | 01/13 | 1,204.11 | 01/22 | 2,606.99 |
| 01/05 | 8,533.67 | 01/14 | (1,969.80) | 01/25 | 993.84 |
| 01/06 | 1,356.16 | 01/15 | 1,951.36 | 01/26 | 2,866.26 |
| 01/08 | 562.45 | 01/19 | 11,648.19 | 01/27 | 4,982.76 |
| 01/11 | 737.94 | 01/20 | 8,748.19 | 01/28 | 5,719.76 |
| 01/12 | 1,338.11 | 01/21 | 7,997.06 | 01/29 | 3,425.34 |

## Fifth Third Rewards Summary

| Card | Point Balance | As of Date | Points Set to Expire | Expiration Date |
|---|---|---|---|---|
| ************8659 | 1,656 | 1/29/2010 | 0 | |

Combine your points with 53PointShare℠, redeem prizes, and review program terms online at www.fifththirdrewards.com. For additional questions or service needs, please contact our dedicated Fifth Third Rewards Service Line by calling 1.800.901.9962.



West Suburban Bank  Page 1 of 3

| | | | |
|---|---|---|---|
| WEST SUBURBAN BANK | 000 00047 01 | | PAGE: 1 |
| 3000 E. MAIN STREET | ACCOUNT: | 4700014075 | 01/30/2010 |
| ST. CHARLES IL 60174 | | | |
| TELEPHONE: 630-762-1395 | | | |

2
COMPASS MECHANICAL SRVCS INC
27W250 ONTARIOVILLE RD
HANOVER PARK IL 60133

30-5
2
0

The Unlawful Gambling Act of 2006 & Regulation GG prohibits West Suburban Bank from processing restricted transactions through your business account. Please visit our website www.westsuburbanbank.com for more information.

## CHECKING ACCOUNT 4700014075

| | | | |
|---|---|---|---|
| MINIMUM BALANCE | 333.38- | LAST STATEMENT 12/31/09 | 38.72 |
| | | 4 CREDITS | 1,209.76 |
| | | 6 DEBITS | 1,243.15 |
| | | THIS STATEMENT 01/30/10 | 5.33 |

--------- DEPOSITS ---------

| REF # | Date | Amount | REF # | Date | Amount | REF # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | 01/09 | 786.00 | | 01/22 | 35.00 | | | |

--------- OTHER CREDITS ---------

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Transfer from checking 4700018116 | 01/05 | 50.00 |
| RETURNED ITEM, INSUFFICIENT FUNDS | 01/22 | 338.76 |

--------- CHECKS ---------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7795 | 01/11 | 786.00 | | | | | | |

--------- OTHER DEBITS ---------

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| HILTI INC. HILTI AR | 01/04 | 58.34 |
| NSF CHARGE | 01/05 | 25.00 |
| Enterprise Fleet DIRECT PAY 234963 | 01/21 | 338.76 |
| NSF CHARGE | 01/22 | 25.00 |
| MONTHLY SERVICE CHARGE | 01/30 | 10.05 |

--------- DAILY BALANCE ---------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 01/04 | 19.62- | 01/05 | 5.38 | 01/09 | 791.38 |

***CONTINUED***

NOTICE: SEE LAST PAGE AND ANY ACCOMPANYING STATEMENT(S) FOR IMPORTANT INFORMATION.

| | | | |
|---|---|---|---|
| WEST SUBURBAN BANK | 000 00047 01 | | PAGE: 2 |
| 3000 E. MAIN STREET | ACCOUNT: | 4700014075 | 01/30/2010 |
| ST. CHARLES IL 60174 | | | |

https://c2wsbli.secure.fundsxpress.com/piles/fxweb.pile/accounts/get_statement?id=45391...  2/23/2010



TELEPHONE:630-762-1395

MEMBER FDIC

COMPASS MECHANICAL SRVCS INC

## CHECKING ACCOUNT 4700014075

### -------- DAILY BALANCE --------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 01/11 | 5.38 | 01/22 | 15.38 | | |
| 01/21 | 333.38- | 01/30 | 5.33 | | |

NOTICE: SEE LAST PAGE AND ANY ACCOMPANYING STATEMENT(S) FOR IMPORTANT INFORMATION.

### BILLING RIGHTS SUMMARY
For Check Credit, Home Equity and Smart Line of Credit Accounts

In case of errors, questions about your bill, information about a transaction on your bill, or you think your bill is wrong, write our Auditor on a separate sheet of paper at P.O. Box 9122, Lombard, IL 60148 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

https://c2wsbli.secure.fundsxpress.com/piles/fxweb.pile/accounts/get_statement?id=45391...    2/23/2010

Compass Mechanical Services, Inc.  
Page 1 of 5  
2/23/2010 09:56 AM  

INCOME and EXPENSES (PROFIT & LOSS)  
All Transactions  
1/1/2010 - 1/31/2010  

| DATE | REGISTER | CHK.# | NAME/REFERENCE | MEMO | | AMOUNT |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | |
| **RECEIPTS: Sales Receipts** | | | | | | |
| 1/4/2010 | BILLING | | US Cellular | 1045-671 | 088188 | 898.41 |
| 1/6/2010 | BILLING | | Homewood Disposal | 1078-127 | 612311 | 501.00 |
| 1/9/2010 | BILLING | | Capital Fitness Inc. | 1013-266 | 071172 | 526.00 |
| 1/9/2010 | BILLING | | Advance Lifts | 1125-153 | 119767 | 260.00 |
| 1/11/2010 | BILLING | | Residential | 1096-180 | 006372 | 470.00 |
| 1/11/2010 | BILLING | | US Cellular | 1045-673 | 017982 | 399.00 |
| 1/11/2010 | BILLING | | US Cellular | 1045-674 | 017982 | 959.50 |
| 1/11/2010 | BILLING | | US Cellular | 1045-675 | 017982 | 854.00 |
| 1/11/2010 | BILLING | | US Cellular | 1045-676 | 017982 | 282.97 |
| 1/12/2010 | BILLING | | Lomaco Development, Inc. | 1085-124 | 1084 | 130.00 |
| 1/12/2010 | BILLING | | Claire Manufacturing | 1030-290 | 71694 | 485.00 |
| 1/14/2010 | BILLING | | Chicagoland Building Contractors | 1198-104 | 4587 | 1,911.10 |
| 1/15/2010 | BILLING | | Residential | 1096-181 | 693 | 325.00 |
| 1/15/2010 | BILLING | | Elgin Sweeping Services | 1026-139 | 44506 | 390.00 |
| 1/15/2010 | BILLING | | Christ Congregation Church | 1076-118 | 4332 | 1,095.00 |
| 1/18/2010 | BILLING | | Stockyards Packing Co. Inc. | 1031-128 | 9097590 | 10,646.00 |
| 1/19/2010 | BILLING | | Complimentary Coatings | 1134-122 | 266386 | 195.00 |
| 1/19/2010 | BILLING | | Complimentary Coatings | 1134-121 | 266386 | 195.00 |
| 1/19/2010 | BILLING | | Parker Hannafin | 1015-193 | 9716733 | 583.00 |
| 1/19/2010 | BILLING | | Claire Manufacturing | 1030-289 | 071785 | 440.00 |
| 1/21/2010 | BILLING | | Mapei | 1017-391 | 12110ACH | 1,078.00 |
| 1/25/2010 | BILLING | | Residential | 1096-182 | 699 | 390.00 |
| 1/26/2010 | BILLING | | US Cellular | 1045-678 | 086591 | 2,440.00 |
| 1/26/2010 | BILLING | | US Cellular | 1045-680 | 086591 | 203.59 |
| 1/26/2010 | BILLING | | US Cellular | 1045-677 | 086591 | 3,138.00 |
| 1/27/2010 | BILLING | | Mars Hill Baptist Church | 1029-142 | 1275 | 705.00 |
| 1/27/2010 | BILLING | | Complimentary Coatings | 1134-123 | 266495 | 679.00 |
| 1/27/2010 | BILLING | | Friends Soul Food Restaurant | 1211-101 | 1006 | 195.00 |
| 1/27/2010 | BILLING | | Mars Hill Baptist Church | 1029-141 | 1097 | 277.50 |
| 1/27/2010 | BILLING | | Mapei | 1017-393 | 12810ACH | 762.00 |
| 1/27/2010 | BILLING | | Phoenix International | 1011-205 | 3990278633 | 260.00 |
| **Subtotal** | | | | | | 31,476.07 |
| **Total Income** | | | | | | 31,476.07 |

**COST OF GOODS SOLD**

**BURDEN: Field Burden**

| 1/1/2010 | Fifth Third Checking | 10043 | Janet Zipparro | PAYROLL W/E 12-27-09---MANUAL | 225.00 |
|---|---|---|---|---|---|
| 1/4/2010 | Fifth Third Checking | 1 | U.S. Cellular | CK BY PHONE/VOUCHER#603536558 | 386.46 |
| 1/4/2010 | Fifth Third Checking | 1 | U.S. Cellular | CK BY PHONE/VOUCHER#603536568 | 415.15 |

Compass Mechanical Services, Inc.        INCOME and EXPENSES (PROFIT & LOSS)
Page 2 of 5                                      All Transactions
2/23/2010 09:56 AM                             1/1/2010 - 1/31/2010

| DATE | REGISTER | CHK.# | NAME/REFERENCE | MEMO | AMOUNT |
|---|---|---|---|---|---|
| 1/8/2010 | Fifth Third Checking | 10046 | Janet Zipparro | PAYROLL W/E -1-3-10—MANUAL | 356.25 |
| 1/18/2010 | Fifth Third Checking | 8023 | Joseph Nowicki | VEHICLE REPAIR FOR SERVICE VAN CM112 | 200.00 |
| 1/20/2010 | Fifth Third Checking | 8028 | Public Storage | 10 X 25 STORAGE SPACE | 219.00 |
| 1/22/2010 | Fifth Third Checking | 8029 | Joseph Nowicki | TEMPORARY LABOR W/E 1/17/10- SUB CONTRACT | 210.00 |
| 1/29/2010 | Fifth Third Checking | 8042 | Janet Zipparro | PAYROLL W/E 1/10/10 | 493.75 |
| 1/29/2010 | Fifth Third Checking | 8041 | Joseph Nowicki | TEMPORARY LABOR W/E 1/24/10 | 334.42 |
| **Subtotal** | | | | | 2,840.03 |

COGS: Cost of Goods

| 1/1/2010 | Fifth Third Checking | 10041 | Tim Lowe | PAYROLL W/E 12-27-09—MANUAL | 20.00 |
|---|---|---|---|---|---|
| 1/1/2010 | Fifth Third Checking | 10040 | Scott Davis | PAYROLL W/E 12-27-09—MANUAL | 70.00 |
| 1/7/2010 | Fifth Third Checking | 8014 | Mid-Way Supply | GATEWAY 1021-137 | 517.67 |
| 1/8/2010 | Fifth Third Checking | 10044 | Scott Davis | PAYROLL W/E 1-3-10—MANUAL | 60.00 |
| 1/13/2010 | Fifth Third Checking | 8010 | Mike Wojciechowski | 1-13-10 EXPENSE REPORT-PARTIAL | 285.00 |
| 1/14/2010 | Fifth Third Checking | 8015 | Scott Davis | PAYROLL W/E 1/10/10-NET PAY MANUAL | 125.00 |
| 1/20/2010 | Fifth Third Checking | 8024 | Johnstone Supply (Naperville) | TRUCK STOCK NUNDA TWNSHP 1110-127 STOCKYARDS 1031-125 CLAIRE 1030-293 CHRIST CONGREGATION 1075-118 | 1,151.11 |
| 1/20/2010 | Fifth Third Checking | 8025 | Chicago Filter Supply | PHOENIX 1011-207/PM | 158.40 |
| 1/21/2010 | Fifth Third Checking | 2 | Central Steel & Wire | MATERIALS FOR STOCKYARDS 1031-125/DEBIT CARD PURCHASE | 220.43 |
| 1/21/2010 | Fifth Third Checking | 2 | Contrl'd Engineering | PHOENIX PO#245337 | 811.94 |
| 1/22/2010 | Fifth Third Checking | 8034 | Kevin Jarrett | PAYROLL W/E 1/17/10-NET PAY MANUAL | 521.30 |
| 1/22/2010 | Fifth Third Checking | 16041 | Pro-Fab Sheet Metal, Inc. | STOCKYARDS #1031-125 | 1,274.40 |
| 1/28/2010 | Fifth Third Checking | 8038 | Raul Romero | MEDICAL INSURANCE REIMBURSEMENT | 1,960.00 |
| 1/29/2010 | Fifth Third Checking | 8045 | Kevin Jarrett | PAYROLL W/E 1/27/10-NET PAY | 184.00 |
| **Subtotal** | | | | | 7,359.25 |

SALARIES: Field Salaries

| 1/1/2010 | Fifth Third Checking | 10040 | Scott Davis | PAYROLL W/E 12-27-09—MANUAL | 807.71 |
|---|---|---|---|---|---|
| 1/1/2010 | Fifth Third Checking | 10041 | Tim Lowe | PAYROLL W/E 12-27-09—MANUAL | 112.40 |
| 1/1/2010 | Fifth Third Checking | 10042 | F. Olague | PAYROLL W/E 12-27-09—MANUAL | 663.53 |
| 1/8/2010 | Fifth Third Checking | 10045 | F. Olague | PAYROLL W/E 1-3-10 MANUAL | 491.50 |
| 1/8/2010 | Fifth Third Checking | 10044 | Scott Davis | PAYROLL W/E 1-3-10—MANUAL | 1,790.06 |
| 1/14/2010 | Fifth Third Checking | 8015 | Scott Davis | PAYROLL W/E 1/10/10-NET PAY MANUAL | 1,385.12 |
| 1/22/2010 | Fifth Third Checking | 8033 | Scott Davis | PAYROLL W/E 1/17/2010-NET PAY MANUAL | 1,375.25 |
| 1/29/2010 | Fifth Third Checking | 8040 | Scott Davis | PAYROLL W/E 1/24/10-NET PAY | 1,818.09 |
| **Subtotal** | | | | | 8,443.66 |

UNION: Union Dues

| 1/20/2010 | Fifth Third Checking | 8026 | Sheet Metal #265 Fringe Fund | DEC-09 (EMPLOYER #032581) | 1,169.30 |
|---|---|---|---|---|---|

Compass Mechanical Services, Inc.  
Page 3 of 5  
2/23/2010 09:56 AM

INCOME and EXPENSES (PROFIT & LOSS)  
All Transactions  
1/1/2010 - 1/31/2010

| DATE | REGISTER | CHK.# | NAME/REFERENCE | MEMO | AMOUNT |
|---|---|---|---|---|---|
| 1/20/2010 | Fifth Third Checking | 8017 | Sheet Metal Workers Nat'l Fund | DEC-09 #032681 | 144.62 |
| **Subtotal** | | | | | 1,313.62 |
| VEHICLE: VEHICLE COST & GAS | | | | | |
| 1/13/2010 | Fifth Third Checking | 2 | Citgo gas | EXP FOR GAS/DEBIT CARD PURCHASE | 6.84 |
| 1/15/2010 | Fifth Third Checking | 2 | Jim's Towing Service | HAD VAN TOWED FOR REPAIRS/DEBIT CARD | 107.00 |
| 1/17/2010 | Fifth Third Checking | 2 | BP gas | EXP FOR GAS/DEBIT CARD PURCHASE | 50.05 |
| 1/22/2010 | Fifth Third Checking | 2 | Fair Towing & Recovery | TOW SERV USED FOR CHEVY VAN 88433F/DEBIT CARD | 110.00 |
| 1/26/2010 | Fifth Third Checking | 2 | Thortons gas | EXP FOR GAS/DEBIT CARD PURCHASE | 43.30 |
| 1/26/2010 | Fifth Third Checking | 1 | Enterprise Fleet Services | VEHICLES - AUTO PAY DEBIT | 338.76 |
| 1/30/2010 | Fifth Third Checking | 2 | BP gas | EXP FOR GAS/DEBIT CARD PURCHASE | 39.66 |
| **Subtotal** | | | | | 695.61 |
| **Total Cost Of Goods** | | | | | 20,652.37 |
| | | | | Gross Profit | 10,823.70 |
| EXPENSE | | | | | |
| AUTO EXP: Vehicle Expenses | | | | | |
| 1/13/2010 | Fifth Third Checking | 2 | Auto Zone | BATTERY FOR CHEVY EXP VAN 3500 (CM112) DEBIT CARD PURCHASE | 94.46 |
| 1/13/2010 | Fifth Third Checking | 2 | Napa Auto Parts | PURCHASE FOR CM112 VAN/DEBIT CARD | 3.87 |
| 1/26/2010 | Fifth Third Checking | 2 | Tower self park | EXP FOR PARKING/DEBIT CARD PURCHASE | 30.00 |
| 1/28/2010 | Fifth Third Checking | 2 | Tower self park | EXP FOR PARKING/DEBIT CARD PURCHASE | 25.00 |
| **Subtotal** | | | | | 153.33 |
| BANK SER: Bank Service Charge | | | | | |
| 1/15/2010 | Fifth Third Checking | 1 | Fifth Third Bank | OVERDRAFT FEE | 75.00 |
| **Subtotal** | | | | | 75.00 |
| ENTER.: Entertainment | | | | | |
| 1/22/2010 | Fifth Third Checking | 2 | Brick House Tavern | ENTERTAIN EXP FOR US CELLULAR/DINNER & DRINKS/DEBIT CARD | 117.88 |
| **Subtotal** | | | | | 117.88 |
| INT PD36: Int on 36-mo loan | | | | | |
| 1/14/2010 | Fifth Third Checking | 8016 | West Suburban Bank | TERM LOAN PMT - DEC-09 | 563.46 |
| **Subtotal** | | | | | 563.46 |
| INT.PAID: Interest Paid | | | | | |
| 1/22/2010 | Fifth Third Checking | 8031 | West Suburban Bank | MO INTEREST ON BANK LINE #9300104115 | 430.56 |

Case 09-47131    Doc 59    Filed 02/24/10    Entered 02/24/10 09:12:07    Desc Main
              Document       Page 15 of 16

Compass Mechanical Services, Inc.  
Page 4 of 5  
2/23/2010 09:56 AM  

INCOME and EXPENSES (PROFIT & LOSS)  
All Transactions  
1/1/2010 - 1/31/2010  

| DATE | REGISTER | CHK.# | NAME/REFERENCE | MEMO | AMOUNT |
|---|---|---|---|---|---|
| **Subtotal** | | | | | 430.56 |
| **MED INS: Medical Insurance** | | | | | |
| 1/29/2010 | Fifth Third Checking | 8043 | Healthcare Service Corporation | MED INS PREMIUM #753652 | 2,200.00 |
| **Subtotal** | | | | | 2,200.00 |
| **OFF P_R: Officer's Payroll** | | | | | |
| 1/1/2010 | Fifth Third Checking | 8018 | Michael Wojciechowski | PAYROLL W/E 12/27/09-MANUAL NET PAY | 1,450.00 |
| 1/8/2010 | Fifth Third Checking | 8019 | Michael Wojciechowski | PAYROLL W/E 1/3/10- MANUAL NET PAY | 1,450.00 |
| 1/15/2010 | Fifth Third Checking | 8022 | Michael Wojciechowski | PAYROLL W/E 1/10/10-MANUAL NET PAY | 1,450.00 |
| 1/20/2010 | Fifth Third Checking | 8027 | Michael Wojciechowski | PAYROLL W/E 1/17/10-MANUAL NET PAY | 1,450.00 |
| 1/21/2010 | Fifth Third Checking | 8013 | Michael Wojciechowski | PAYROLL W/E 1/24/10-MANUAL NET PAY | 1,450.00 |
| 1/22/2010 | Fifth Third Checking | 8035 | Michael Wojciechowski | PAYROLL W/E 1/31/10-NET PAY PARTIAL | 250.00 |
| 1/25/2010 | Fifth Third Checking | 8037 | Michael Wojciechowski | PAYROLL W/E 1/31/10-NET PAY BALANCE | 1,200.00 |
| **Subtotal** | | | | | 8,700.00 |
| **OFFICE: Office Expenses** | | | | | |
| 1/8/2010 | Fifth Third Checking | 10046 | Janet Zipparro | PAYROLL W/E -1-3-10---MANUAL | 8.60 |
| 1/11/2010 | Fifth Third Checking | 8020 | Kenneth Videckis | 1ST MO. RENT PRORATED - (UNIT 1-EAST) | 345.00 |
| 1/11/2010 | Fifth Third Checking | 8021 | Kenneth Videckis | 1-MO SECURITY DEPOSIT FOR (UNIT 1-EAST) | 575.00 |
| 1/13/2010 | Fifth Third Checking | 8009 | U-Store-It | 10X30 STORAGE SPACE 1MO RENTAL #A044 PLUS SET UP FEE | 240.25 |
| 1/14/2010 | Fifth Third Checking | 2 | Office Max | OFFICE EXP: SUPPLIES (DEBIT CARD PURCHASE) | 145.16 |
| 1/19/2010 | Fifth Third Checking | 2 | Office Depot | PURCHASE OF OFFICE SUPPLIES/DEBIT CARD | 220.73 |
| 1/21/2010 | Fifth Third Checking | 2 | Staples | OFFICE SUPPLIES / LASER MULTI FUNCTION PRINTER/DC PURCHASE | 318.74 |
| 1/22/2010 | Fifth Third Checking | 2 | Office Max | OFFICE EXP: SUPPLIES (DEBIT CARD PURCHASE) | 95.85 |
| 1/25/2010 | Fifth Third Checking | 2 | Deluxe Business Systems | NEW ENVELOPES | 104.57 |
| **Subtotal** | | | | | 2,054.10 |
| **OTHER: Other Expenses** | | | | | |
| 1/4/2010 | Fifth Third Checking | 1 | Landmark Merchant Solutions | DEC-09 CREDIT CARD PROCESSING FEES | 220.19 |
| **Subtotal** | | | | | 220.19 |
| **PHONE: Telephone** | | | | | |
| 1/4/2010 | Fifth Third Checking | 8011 | AT & T | CK BY PHONE/CONF#20627114 | 77.51 |
| 1/13/2010 | Fifth Third Checking | 18024 | MAP Communications | ANSWERING SERVICE -CK BY PHONE DEBIT | 3.25 |

Compass Mechanical Services, Inc.  
Page 5 of 5  
2/23/2010 09:56 AM

INCOME and EXPENSES (PROFIT & LOSS)  
All Transactions  
1/1/2010 - 1/31/2010

| DATE | REGISTER | CHK.# | NAME/REFERENCE | MEMO | AMOUNT |
|---|---|---|---|---|---|
| 1/13/2010 | Fifth Third Checking | 18023 | MAP Communications | ANSWERING SERVICE-CK BY PHONE DEBIT | 484.60 |
| **Subtotal** | | | | | 565.36 |
| Total Expense | | | | | 15,079.88 |
| | | | | Net Income | ($4,256.18) |