IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Compass Mechanical Services, Inc. | ) | Case No. 09-47131 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Judge Eugene R. Wedoff |
| | ) | |
| | ) | Hearing: February 24, 2010 at 10:00 a.m |

## ORDER

This matter came to be heard on **Debtors' Motion to Extend Time to File Plan and Disclosure Statement**. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

1) Compass Mechanical Services, Inc. is granted until May 17, 2010 to file its Plan and Disclosure Statement.

Dated: **2 4 FEB 2010**

BY THE COURT

_____
The Honorable Eugene Wedoff
U.S. Bankruptcy Judge

This document was prepared
by Forrest L. Ingram, P.C.